UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BRIAN DECKER,<br><br>          Plaintiff,<br>   -v-<br><br>ARGON MEDICAL DEVICES, INC., REX MEDICAL,<br>INC. d/b/a RES MEDICAL, L.P., and REX MEDICAL, L.P.,<br><br>          Defendants. | 21 Civ. 1535 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  The parties are instructed to file on the docket of this case a joint letter, not to exceed three single-spaced pages, updating the Court on the status of this case, particularly the prospect of settlement, no later than **January 7, 2022**.

  SO ORDERED.

                       *Paul A. Engelmayer*
                       _____
                       PAUL A. ENGELMAYER
                       United States District Judge

Dated: January 4, 2022
    New York, New York